**IT IS ORDERED as set forth below:**



**Date: May 22, 2023**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BRADLEY SHANE MOTES | ) | |
| JESSICA RENEE MOTES | ) | |
| | ) | CASE NO. 22-41416-PWB |
| | ) | |
| DEBTORS, | ) | JUDGE BONAPFEL |

### ORDER GRANTING DEBTORS' MOTION TO RETAIN FUNDS

Debtors' Motion to Retain Funds came before the Court for a hearing on May 10, 2023 ("Motion"). Debtors seek to retain funds from a garnishment. Said garnished funds were sent to the Trustee. Debtors pray that the total of $539.89 be returned to them in order to purchase an appliance as theirs recently stopped working.

**IT APPEARING THAT** there was no opposition at the call of the calendar; and

**IT IS HEREBY ORDERED** that Debtors' Motion is **GRANTED**: Debtors may retain the above described funds.

Prepared and presented by:

/s/_Jeffrey B. Kelly_____

Jeffrey B. Kelly, Esquire
Attorney for Debtors
Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

No opposition:

/s/_Brandi L Kirkland__*(with express permission)*
Brandi L Kirkland
Attorney for Chapter 13 Trustee
State Bar No: 423627
285 Peachtree Center Ave. NE
Ste 1600
Atlanta, GA 30303
Phone (404) 525-1110
Fax (404) 522-4448

Distribution:

Chapter 13 Trustee
K Edward Safir
285 Peachtree Center Ave. NE
STE 1600
Atlanta, GA 30303

Bradley Motes
Jessica Motes
516 Greeson St
Summerville, GA 30747

All creditors on the creditor mailing matrix.